**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO MIRANDA TRUJILLO,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary, Department of Homeland Security, *et al.*,<br><br>Respondents. | No. 5:26-cv-01092-SVW-ADS<br><br>[~~PROPOSED~~] **JUDGMENT UNDER 28 U.S.C. § 2241**<br><br>Honorable Stephen V. Wilson<br>United States District Judge |

1

GOOD CAUSE APPEARING, IT IS ORDERED THAT, under 8 U.S.C. § 2241, and as stipulated by the parties, judgment is entered, without requiring any further proceedings, as follows:

The Petition for Writ of Habeas Corpus is granted in part. Respondents are ordered to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within seven days of entry of this judgment.

Dated: April 23, 2026

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2